UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

ISMANY BERNAL,

    Plaintiff,

v.

HYATT CORPORATION d.b.a.
HYATT PLACE MIAMI AIRPORT
EAST, MIA LEJEUNE, LLC d.b.a.
HYATT PLACE MIAMI AIRPORT
EAST, CONCORD HOSPITALITY
ENTERPRISE COMPANY d.b.a.
HYATT PLACE MIAMI AIRPORT
EAST and CONCORD MANAGER,
LLC d.b.a. HYATT PLACE MIAMI
AIRPORT EAST,

    Defendants.
_____/

## **DEFENDANTS' NOTICE OF REMOVAL**

Defendants, Hyatt Corporation, MIA Lejeune, LLC, Concord Hospitality Enterprises Company, LLC[1], and Concord Manager, LLC,[2] hereby provide notice that they are removing this action for all further proceedings to the United States District Court for the Southern District of Florida, from the Florida Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County. In support of removal, Defendants state as follows:

---

[1] Plaintiff has misidentified Defendant as "Concord Hospitality Enterprise Company."

[2] Defendants have not been properly named. Most of the entities named as Defendants are not and have not been in any way employers of Plaintiff, and are thus not proper party-defendants in this case. Counsel for defense and counsel for Plaintiff are presently working together to agree on the proper party or parties that should be named as defendant in this action, and further amendments to the pleadings are anticipated based on those discussions.

## I.  STATEMENT OF THE CASE

1. On or about December 27, 2018, Plaintiff Ismany Bernal filed a Complaint against Defendants in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.  The action is styled *Ismany Bernal v. Hyatt Corporation d.b.a Hyatt Place Miami Airport East, MIA Lejeune, LLC d.b.a. Hyatt Place Miami Airport East, Concord Hospitality Enterprise Company d.b.a. Hyatt Place Miami Airport East and Concord Manager, LLC d.b.a. Hyatt Place Miami Airport East* and is designated Case No. 2018-042763-CA-01 (hereafter referred to as the "State Action").  Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendant in the State Action are attached hereto as Exhibit A.

2. Defendants were first served with the Summons and Complaint on February 15, 2019.  No other process, pleadings, or orders have been served on Defendant in the State Action other than those included in Exhibit A.

3. The Complaint asserts claims for violations of Fla. Stat. §440.205 ("Florida Workers' Compensation Act"), the Florida Civil Rights Act, Fla. Stat. § 760 ("FCRA"), and the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 *et seq*. ("ADA"). Ex. A, Pl.'s Compl. Counts I through VIII.

## II. GROUNDS FOR REMOVAL

4. This Court has original jurisdiction over this matter by virtue of 28 U.S.C. § 1331 in that it raises a federal question.

5. The Complaint, on its face, raises claims expressly under the ADA, which is a federal statute.  Therefore, the Complaint raises a federal question, and it is removable on that basis.  28 U.S.C. §§ 1331, 1441(a).

6. This Court also has supplemental jurisdiction over Plaintiff's claim for violation of the FCRA pursuant to 28 U.S.C. § 1367(a), as both claims comprise the same case or controversy against the named Defendants.

7. Venue is proper in the United States District Court for the Southern District of Florida because the case is being removed from the Circuit Court in and for Miami-Dade County, Florida.  *See* 28 U.S.C. § 1446(a).

### III. CONSENT OF OTHER DEFENDANTS

8. All named Defendants jointly submit and consent to this Notice of Removal.

### IV. TIMELINESS OF REMOVAL

9. The Complaint was initially filed in state court on or about December 27, 2018, and Defendants were first served with initial process on February 15, 2010.  Thus, Defendants are filing this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b).

### V.  NOTICE OF REMOVAL GIVEN TO STATE COURT

10. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Circuit Court in and for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Exhibit B attached hereto.

11. Accordingly, the case is being properly removed to United States District Court for the Southern District of Florida.

Dated: March 18, 2019.

        Respectfully submitted,

        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.
        701 Brickell Avenue, Suite 1600
        Miami, Florida 33131-2813
        Telephone: 305.374.0506
        Facsimile: 305.374.0456

        *s/* Christopher P. Hammon
        Christopher P. Hammon
        Florida Bar No. 176753
        chris.hammon@ogletreedeakins.com
        Paul J. De Boe
        Florida Bar No. 52051
        paul.deboe@ogletreedeakins.com

        *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  *s/* Christopher P. Hammon
                                                  Christopher P. Hammon

**SERVICE LIST**
ISMANY BERNAL v. HYATT CORPORATION, ET AL
United States District Court, Southern District of Florida
CASE NO.: _____

Alberto Naranjo, Esq.
AN@ANLawFirm.com
AN Law Firm, P.A.
7900 Oak Lane, # 400
Miami Lakes, FL 33016
Telephone: 305.942.8070

*Counsel for Plaintiff*

Method of Service: CM/ECF


Christopher P. Hammon
chris.hammon@ogletreedeakins.com
Paul J. De Boe
paul.deboe@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
701 Brickell Avenue, Suite 1600
Miami, Florida 33131-2813
Telephone:  305.374.0506
Facsimile:   305.374.0456

*Counsel for Defendants*

37775336.2