UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21040-CIV-SMITH

ISMANY BERNAL,

       Plaintiff,

v.

HYATT CORPORATION,
*et al.*,

       Defendants.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal with

Prejudice [DE 24].  Upon consideration, it is

      **ORDERED** that

    1.  This case is **DISMISSED WITH PREJUDICE**.

    2.  The parties shall bear their own fees and costs.

  **DONE AND ORDERED** in Ft. Lauderdale, Florida, on this 9th day of August, 2019.

_____
RODNEY SMITH
United States District Judge

Copies to:
Counsel of record